BURR et al. v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Walter C. Burr and others against the New York Central & Hudson River Railroad Company. No opinion. Application denied, with $10 costs. Order signed.

BURTIS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Lloyd Burtis, an infant, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs. See, also, 158 App. Div. 9, 143 N. Y. Supp. 145.

In re BUSH. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) In the matter of the judicial accounting of Wheeler L. Bush, as administrator, etc., of Norris Bush, deceased.

PER CURIAM. Decree affirmed, with costs. ROBSON, J., not sitting.

In re BUTTERFIELD'S WILL. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) In the matter of the probate of a paper writing purporting to be the last will and testament of Julia Lorillard Butterfield, deceased.

PER CURIAM. Motion for stay pending determination of appeal in the Court of Appeals granted. Decision reserved on the motion for a certificate pending the determination of the present appeal in the Court of Appeals. See, also, 161 App. Div. 506, 146 N. Y. Supp. 671; 147 N. Y. Supp. 1102.

JENKS, P. J., taking no part.

In re BUTTERFIELD'S WILL. (Supreme Court, Appellate Division, Second Department. May 15, 1914.) In the matter of the probate of a paper writing propounded as the last will and testament of Julia Lorillard Butterfield, deceased. No opinion. Motion granted, and order signed. See, also, 147 N. Y. Supp. 1102.

CACCIOLA, Respondent, v. ILLINOIS SURETY CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. May 1, 1914.) Action by Vincenza Cacciola against the Illinois Surety Company, impleaded with others. N. L. Keach, of New York City, for appellant. I. Siegel, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CAFÉ GOLDMAN, Respondent, v. MARGULIES, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by the Café Goldman against Abraham Margulies. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 146 N. Y. Supp. 1085.

CAHILL, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 1, 1914.) Action by John Cahill against the City of New York. H. McKennis, of New York City, for appellant. C. J. Nehrbas, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

CLARKE, J., dissents.

CAIRNS, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department, May 6, 1914.) Action by William C. Cairns, as administrator, etc., of John A. Cairns, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

CAMPION, Respondent, v. KUNZ, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Annie E. Campion against William Kunz. No opinion. Motion granted, and appeal dismissed, with costs.

CAPELA, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Mary Capela against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

In re CARPENTER. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) In the matter of Austin W. Carpenter, an attorney and counselor at law. No opinion. Report of referee confirmed, and order of disbarment entered. See, also, 158 App. Div. 953, 143 N. Y. Supp. 1109.

CARROLL et al., Appellants, v. PIERRON et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Margaret M. Carroll and others against Henry J. Pierron, as executor, etc., impleaded with others. No opinion. Interlocutory judgment affirmed, with costs. See, also, 144 N. Y. Supp. 1108.

In re CASE. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) In the matter of John H. Case, an incompetent person.

PER CURIAM. Order affirmed, without costs.

KRUSE, P. J., dissents, upon the ground that the letters of the wife should not have been received, and that in any event the evidence is insufficient to show incompetency.

LAMBERT, J., not sitting.

CASE v. WALTER et al. (No. 5785). (Supreme Court, Appellate Division, First Department. May 8, 1914.) Appeal from Special Term, New York County. Action by Frank M. Case, Jr., against Eugene Walter and another. From an order denying a motion for an open commission to examine a witness in London, England, and to stay the trial of the action until the return of the commission, defendants appeal. Reversed. See, also, 146 N. Y. Supp. 1086. Nathan Burkan, of New York City, for appellants. David Gerber, of New York City, for respondent.